```
Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Rittu Kumar, State Bar No. 221855
E-Mail: rkumar@hurrellcantrall.com
Jennifer A. Grady, State Bar No. 256201
E-Mail: jgrady@hurrellcantrall.com
HURRELL CANTRALL LLP
660 South Figueroa Street, 21st Floor
Los Angeles, California 90017-3442
Telephone: (213) 426-2000
Facsimile: (213) 426-2020
```

JS-6

Attorneys for LOS ANGELES UNIFIED SCHOOL DISTRICT (sued as LAUSD), JOHN BOWES (in his official capacity), JULIE HOLGUIN, MARTHA PALACIOS, and YASMIN VEGA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SABINO JOHN,<br><br>                Plaintiff,<br><br>      v.<br><br>Board of Education (LAUSD) (John Bowes in official capacity), Alex Contreras, Deborah Gayle, Audry Criss, Yasmin Vega, Sheila Sanders, Julie Holgum, Martha Palacios, Anna Trujillo, Johns Does 1-10,<br><br>                Defendants. | CASE NO. CV10-1757 JST (SHx)<br><br>Assigned to:<br>Hon. Josephine Staton Tucker<br><br>Courtroom: 10A<br><br>[~~PROPOSED~~] ORDER ON STIPULATION TO DISMISS ENTIRE ACTION BETWEEN PLAINTIFF SABINO JOHN AND DEFENDANTS LOS ANGELES UNIFIED SCHOOL DISTRICT, JOHN BOWES (in his official capacity only), YASMIN VEGA, JULIE HOLGUIN, and MARTHA PALACIOS<br><br>Trial Date:      July 19, 2011 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

After full consideration of the parties' stipulation for dismissal of this entire action pursuant to the *Federal Rules of Civil Procedure*, Rule 41(a)(1)(A)(ii), the Court orders this entire action dismissed in its entirety and with prejudice pursuant

1  to *Federal Rules of Civil Procedure*, Rule 41(a)(1)(A)(ii) following the settlement of
2  this case in its entirety between the parties.

4  **IT IS SO ORDERED.**

7  DATED: January  05, 2011

   JOSEPHINE STATON TUCKER
   JUDGE JOSEPHINE STATON TUCKER

HURRELL CANTRALL LLP
660 SOUTH FIGUEROA STREET, 21ST FLOOR
LOS ANGELES, CALIFORNIA 90017-3442
TELEPHONE (213) 426-2000